IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02457-BNB

ASHANTI BLACK,

    Plaintiff,

v.

DR. JAMES THALKEN, DDS # 15173,
SHARON PHILLIP, Nurse Practitioner, and
DR. WORMER, Physician,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 3, 2012, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge