IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02457–PAB–KMT

ASHANTI BLACK,

    Plaintiff,

v.

DR. JAMES THALKEN, DDS #15173,
SHARON PHILLIP, Nurse Practitioner, and
DR. WORMER, Physician,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of the Notice of Acceptance of Service filed by Defendant Dr. James Thalken (Doc. No. 61), "Defendant Dr. James Thalken's Combined Motion to Strike Answer and to Quash Defective Service of Process" (Doc. No. 48) is GRANTED. The "Answer" filed on September 7, 2012 (Doc. No. 44) is STRICKEN. Plaintiff's "Motion for New Service of Process on Dr. James Thalken, DDS" (Doc. No. 56) is DENIED as moot. The motions hearing set for October 10, 2012, is VACATED.

Dated: October 10, 2012