**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02457-PAB-KMT

ASHANTI BLACK,

    Plaintiff,

v.

DR. JAMES THALKEN, DDS 15173,
SHARON PHILLIP, Nurse Practitioner, and
DR. WORMER, Physician,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 78] of Judge Philip A. Brimmer entered on March 8, 2013 it is

ORDERED that the Recommendation of Magistrate Judge Kathleen M. Tafoya entered on February 8, 2013 is accepted. It is further

ORDERED that Defendants Phillip and Dr. Wormer's Motion to Dismiss [Docket No. 32] is GRANTED and that Defendant Dr. Thalken's Motion to Dismiss [Docket No. 63] is GRANTED. It is further

ORDERED that the case is closed in its entirety.

DATED at Denver, Colorado, this 12th day of March, 2013.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
            Edward P. Butler, Deputy Clerk